UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21366-DSL

**OSCAR HERRERA**,

    Plaintiff,

vs.

**THE CHILDREN'S PLACE, INC.,
d/b/a GYMBOREE, a foreign for-profit
corporation**,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA, through undersigned counsel, and Defendant THE CHIDREN'S PLACE, INC., through undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow them to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated:  May 2, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>6355 N.W. 36th Street, Suite 307<br>Virginia Gardens, FL 33166<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**JACKSON LEWIS, P.C.**
Counsel for Defendant
Wells Fargo Center
100South Ashley Drive, Suite 2200
Tampa, FL  33602
(813) 512-3210
Ryan.soscia@jacksonlewis.com


By:  *s/ Ryan J. Soscia*
         RYAN J. SOSCIA
         Fla. Bar No. 1031736